**GENOVA, BURNS & GIANTOMASI**
494 Broad Street
Newark, New Jersey 07102
Phone:  (973) 533-0777
Facsimile:  (973) 533-1112
*Attorneys for Court Appointed Monitor, Nicholas R. Amato*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIUM TELECARD, INC., et al., <br><br> Defendants. | Civil Action No.: 11-2479(JLL)(MAH) <br><br> **SECOND CONSENT ORDER MODIFYING PRELIMINARY INJUNCTION** |

This matter having been opened to the Court by the Court Appointed Monitor, Nicholas R. Amato, Esq. (the "Monitor"); and the Monitor having recommended a modification of the Court's August 16, 2011 Preliminary Injunction [Docket Entry No. 45], as amended by the September 19, 2011 Consent Order Modifying Preliminary Injunction [Docket Entry No. 56]; and all parties having consented hereto; and for good cause shown,

IT IS on this /6ᵗʰ day of November, 2011,

**ORDERED** that the Court's August 16, 2011 Preliminary Injunction [Docket Entry No. 45], as amended by the September 19, 2011 Consent Order Modifying Preliminary Injunction [Docket Entry No. 56], Paragraph VIII of the Preliminary Injunction is hereby **MODIFIED** to provide as follows:

## VIII.

## ASSET MONITORING AND PRESERVATION

. . .

I.  Notwithstanding the foregoing, Defendants may withdraw the following funds totaling $500,000.00, which funds shall be transferred to an interest-bearing account of the law firm of Schenck, Price, Smith & King, LLP (as Escrow Agent), who will hold said sum for no other purpose than payment to the FTC upon execution of the Proposed Stipulated Final Order by the FTC and upon entry of an Order of this Court.

    i.  $130,000.00 from the safety deposit box at  The Provident Bank, located at 562 Lexington Avenue, Clifton N.J. 07011  titled in the name of Fadi Salim;

    ii.  $120,000.00 from the Business Operating Account of the Corporate Defendants;

    iii.  $250,000.00 from Fadi Salim's E*Trade Account.

J.  The Proposed Stipulated Final Order is subject to approval by a vote of the Federal Trade Commission.  If the proposed agreement is not approved by the Federal Trade Commission, the funds in the interest-bearing account described in Section VIII(I), *supra*, shall be returned to their prior locations, and shall continue to be subject to the asset preservation and other provisions of this Order.

2

**IT IS FURTHER ORDERED** that the remaining terms of the Court's August 16, 2011 Preliminary Injunction [Docket Entry No. 45], as amended by the September 19, 2011 Consent Order Modifying Preliminary Injunction [Docket Entry No. 56], shall remain in effect until further order of the Court.

**AGREED BY AND BETWEEN:**

**FEDERAL TRADE COMMISSION**

_____November 14, 2011
ROBERTO ANGUIZOLA          Date
Counsel to Plaintiff,
Federal Trade Commission

**SCHENK, PRICE, SMITH & KING, LLP**

_____November 14, 2011
JEFFREY T. LAROSA          Date
Counsel to Defendants,
Millennium Telecard, Inc., et al.

**SO ORDERED:**

_____
HON. JOSE L. LINARES, U.S.D.J.

3