# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>MILLENNIUM TELECARD, INC., et al.,<br><br>                    Defendants. | Civil Action No.: 11-2479(JLL)(MAH)<br><br>**CERTIFICATION OF<br>COURT APPOINTED MONITOR<br>NICHOLAS R. AMATO, ESQ.<br>IN SUPPORT OF HIS REQUEST FOR<br>FEES, COSTS and PAYMENT OF<br>PROFESSIONAL FEES** |

NICHOLAS R. AMATO, of full age certifies as follows:

1.      I am a an attorney at law, admitted to practice in the State of New Jersey, and am Of Counsel to the law firm of Genova, Burns & Giantomasi ("GBG").  On May 2, 2011, I was appointed as the Receiver for Millennium Telecard, Inc., and its affiliated entities (collectively "MTC") in this matter.  On August 16, 2011, per the Court's Preliminary Injunction Order the role of the Court appointed Receiver was converted into that of a Monitor   As such, and in carrying out my duties and authority as the Court appointed Receiver and subsequently as the Court appointed Monitor, I have personal knowledge of the facts herein.

2.      My qualifications and hourly rate for professional services are set forth in my August 5, 2011 Certification, which I incorporate by reference herein.

3.      Following my appointment as Receiver, it was clear the execution of my duties would require me to retain accountants/financial advisors and legal counsel.

4.      As explained in my September 15, 2011 Certification [Docket Entry No.: 53-4], which I incorporate by reference herein, after the Court entered its Preliminary Injunction Order, it became apparent that I—as the Court appointed Monitor—would require continued professional

assistance from financial advisors and legal counsel. Accordingly, as explained further in my September 15, 2011 Certification, ¶¶ 6-8, I continued the retention of DeFalco & Company as financial advisors and accountants to the Monitor, and GBG as legal counsel to the Monitor. Both DeFalco & Company and GBG were retained pursuant to their regular rates for professional services.

5.      As set forth in my August 5, 2011, September 15, 2011, October 12, 2011, and November 15, 2011 Certifications, I have reconfirmed that neither DeFalco & Company nor GBG had any conflict that prohibited them from assisting the Receiver in satisfying his obligations.

6.      Both DeFalco & Company and GBG have provided me with periodic invoices of the professional services they provided to me both as Monitor. I have reviewed the invoices, and in my business judgment, the fees charged are commensurate with the services provided to both the Receiver and Monitor. I have enclosed certifications from DeFalco & Company and GBG with my Third Report of Court Appointed Monitor submitted to the Court, outlining their fees.

7.      Both DeFalco & Company and GBG continue to provide the Monitor with professional services in this matter, and I anticipate receiving additional invoices from them as this litigation continues or winds down.

8.      In fulfilling my duties and obligations initially as Monitor, I kept a log of the hours dedicated to managing MTC and its operations and business affairs, as well as my other obligations, pursuant the August 16, 2011 Preliminary Injunction Order. By employing GBG's billing system, I kept track of this time, separate and apart from the professional services rendered to the Receiver and Monitor by GBG.

466183-1

9.     From November 1, 2011 through November 30, 2011, I have provided a total of 18.80 hours to MTC as its Monitor.  At my rate of $450.00 per hour, this translates into a total of $ 8,460.00.

10.     Attached hereto at Exhibit 1 is a true and correct copy of an invoice related to my activities as Monitor of MTC for November 2011.

11.     With the filing of my Fourth Monitor's Report and the accompanying Certifications and Declarations, I respectfully request that the Court authorize payment to DeFalco & Company and GBG for professional services provided to the Monitor.

12.     I also respectfully request that the Court approve payment of my professional fees for serving as Monitor, as more particularly set forth in the invoices attached hereto at Exhibit 1.

13.     As such, I respectfully request that the Court approve an aggregate payment for the sum total of $8,460.00.


I declare under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NICHOLAS R. AMATO

Dated:     December 15, 2011

3

**GENOVA, BURNS & GIANTOMASI**
**494 Broad Street**
**Newark, New Jersey  07102**
**Telephone (973) 533-0777**
**Tax ID# 22-2940404**

Nicholas Amato
c/o Genova Burns & Giantomasi
494 Broad Street
Newark  NJ  07102

Page: 1
November 30, 2011
2976-001
Statement No:     183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


**PROFESSIONAL SERVICES RENDERED**


                                                                    Hours

11/01/2011
       NRA    Receipt and review email from DeFalco &
              Co. enclosing invoices for services for
              MTC and Fadi Salim for the month of
              October 2011; email from J. Zabaneh,
              office manager, requesting Monitor to
              send demand letter for payment to MTC
              customer regarding past due account and
              forwarding same to LB; emails from LB
              regarding factual background regarding
              claim against customer for unpaid
              invoices; telephone conference with
              Joseph Goldberg, Esq., attorney for Call
              X Communications (Call X) to advise that
              will call him in approximately two weeks
              to discuss Call X claim against MTC;
              telephone conference with J. Zabaneh
              regarding providing additional
              information with reference to MTC claim
              against customer for non-payment and
              forwarding same via email to LB.              0.70

```
                                                             Page: 2
     Nicholas Amato                          November 30, 2011
                                                         2976-001
                                          Statement No:    183400

     Nicholas R. Amato as Receiver of Millenium
     TeleCard, Inc., et al.
```

                                                             Hours

11/02/2011
      NRA    Receipt of draft letter from LB, on
             behalf of the Monitor to customer of MTC,
             demanding payment of outstanding invoices
             due MTC; review of same and forwarding
             comments to LB; conference with LB and
             execution of letter to Talk TC, a MTC
             customer; email from J. Zabaneh, office
             manager, MTC advising that following
             letter to customer, balance paid in full;
             multiple emails from J. Zabaneh enclosing
             customers who have outstanding balances
             due MTC and requesting that Monitor send
             letters demanding payment; forwarding
             customers and  outstanding invoices to
             LB; conference with LB regarding cause of
             action including litigation, if
             warranted; telephone conference with M.
             Marotte, Esq. attorney for MTC regarding
             same; Marotte to speak with Fadi Salim.          0.50

11/03/2011
      NRA    Telephone conference with N. Visaggio,
             DeFalco & Co.; multiple emails with L.
             DeFalco regarding MTC compliance with
             Section IV of Preliminary Injunction of
             8/16/11; follow-up discussions with N.
             Visaggio, DeFalco & Co. regarding family
             friend loaning $900,000 to Fadi Salim;
             Salim depositing funds into MTC Operating
             Agreement to pay vendors and notification
             that MTC wrote check in excess of $50,000
             without providing Monitor for proper
             notice per terms of the Preliminary
             Injunction; telephone conference with
             Fadi Salim requesting contact information
             concerning individual who loaned Salim
             $900,000; receipt of email from J.
             Zabaneh operations manager providing
             contact information for lender.                  0.90

Page: 3

Nicholas Amato                                      November 30, 2011
                                                            2976-001
                                       Statement No:      183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                        Hours

11/04/2011
    NRA    Emails from J. LaRosa, Esq. attorney for
           MTC inquiring if Monitor will transfer
           funds from Fadi Salim's safe deposit box
           and his E*Trade account, MTC operating
           account to SPS&K Trustee account to be in
           compliance with proposed final Settlement
           Order; further inquiry as to whether in
           view of language in Preliminary
           Injunction a Court Order is required or
           can same be accompanied without Court
           Order; email to J. LaRosa, Esq. advising
           that Monitor is of opinion an amendment
           to the Preliminary Injunction of 8/16/11
           would be required to transfer funds;
           telephone conference with Robert
           Anguizola, Esq. attorney for FTC
           regarding transfer of funds, Mr.
           Anguizola, Esq. also of opinion that an
           Order Amending the Preliminary Injunction
           is required and agreement on behalf of
           FTC to sign a Consent Order and notifying
           J. LaRosa of same; multiple follow up
           conversations with Fadi Salim regarding
           withdrawal of funds from safety deposit
           box, E*Trade account to SPS&K Trustee
           account; telephone conference with LB
           regarding Preliminary Injunction Order as
           relates to the transfer of funds from Mr.
           Salim's frozen assets and notice to FTC
           regarding same; telephone conferences
           with J. LaRosa, Esq. attorney for MTC and
           Fadi Salim regarding transfer of funds
           and necessity of amendment to Preliminary
           Injunction; telephone conference with
           Robert Anguizola, Esq. and Kati Daffan
           attorneys for FTC regarding Consent
           Order; telephone conference with Fadi
           Salim regarding the lender who loaned
           $900,000 to Mr. Salim and requesting
           contact information; telephone conference

Page: 4

Nicholas Amato

November 30, 2011

2976-001

Statement No:     183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.

Hours

with lender and scheduling appointment to
discuss terms and conditions of loan.                          1.40

11/07/2011
NRA     Receipt and review of draft Consent Order
from LB making comments and revisions and
forwarding to LB; telephone conference
with J. LaRosa regarding information
concerning lender who loaned Fadi Salim
$900,000; receipt and review of email
from Fadi Salim to Sarah Funk of Trilogy
International setting forth terms and
conditions regarding payment on MTC past
due accounts and proposal regarding sale
of Trilogy's new product; email from Fadi
Salim agreeing to terms and requesting
confirmation.                                                   0.80

11/08/2011
NRA     Telephone conference with Nick Visaggio,
DeFalco & Company regarding financial
status of MTC; follow-up conversation
with L. DeFalco regarding $900,000 loan
to Fadi Salim; receipt and review of
email L. DeFalco providing financial
analysis of MTC for month of October,
including check in excess of $50,000
without prior notice to Monitor and need
for the $900,000 infusion of funds to
MTC; conference with LB in anticipation
of later meeting with lender regarding
$900,000 loan to Fadi Salim; conference
with individual regarding his personal
$900,000 loan to Fadi Salim and meeting
with individual and Fadi Salim; receipt
and review of draft of third Monitor's
report from LB; receipt and review of
follow-up email from L. DeFalco regarding
importance and need of $900,000 loan.                          2.40

NRA     Receipt and review of revised second

Page: 5

Nicholas Amato                                    November 30, 2011
                                                         2976-001
                                      Statement No:      183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                           Hours

          Consent Order and letter to Court
          incorporating changes recommended by
          Monitor; conference with LB to discuss
          revisions to Consent Order and letter to
          the Court.                                        1.60

11/10/2011
     NRA  Receipt and review of electronic filing
          with Court, advising that telephone
          conference scheduled with the parties and
          Magistrate Judge Hammer for 1/9/12 has
          been changed to 12:30 p.m.; receipt and
          review of proposed second Consent Order
          from LB; making revisions and comment to
          both documents and forwarding to LB;
          email from J. Zabaneh, office manager MTC
          providing address of lockbox; receipt and
          review of proposed second Consent Order
          and letter to Court from LB; email from
          J. Zabaneh regarding summary of customer
          who owes MTC for past due account;
          forward information to LB; receipt and
          review of draft Monitor's third report;
          making additional revisions and
          forwarding same to LB; receipt, review of
          invoice from DeFalco & Co. and forwarding
          same to LB for inclusion in Monitor's
          third report; telephone conference and
          confirming email from M. Marotte, Esq.,
          attorney to MTC advising status of
          pending litigation with MTC; receipt and
          review and execution of letter to
          customer regarding payment of past due
          invoices; receipt and review of email
          from LB to attorneys' for FTC and MTC
          attaching proposed second modification of
          Consent Order; telephone conferences with
          Robert Anguizola and Kati Daffan,
          attorneys for FTC, regarding proposed
          second amendment to Consent Order; email
          from J. LaRosa, Esq., attorney for MTC

Page: 6

Nicholas Amato                                    November 30, 2011
                                                          2976-001
                                        Statement No:      183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                    Hours

        requesting further clarification of
        language in proposed second Consent
        Order; receipt and review of proposed
        Monitor's third report.                      1.80

11/11/2011
     NRA    Receipt and review of third Monitor's
            report incorporating revisions together
            with certifications; receipt and review
            of email from J. Zabaneh requesting
            Monitor to write letter to MTC customers,
            delinquent in payments and forwarding
            same to LB providing additional
            information regarding third Monitor's
            report and attached certifications and
            forwarding same to LB; review of report
            of services from L. DeFalco and telephone
            conference with L. DeFalco regarding
            same; receipt and review of emails from
            J. Zabaneh attaching customers with
            delinquent accounts and requesting
            Monitor to send delinquency letter;
            forwarding same to LB; review of
            delinquency letter to customers regarding
            over due accounts; receipt and review of
            email from Nick Visaggio, DeFalco &
            Company enclosing MTC financial report as
            of 11/11/11 regarding MTC consisting of
            cash analysis, quick book account,
            operations account activity; telephone
            conference with Nick Visaggio regarding
            report; telephone conference with L.
            DeFalco regarding report of 11/11,
            receipt of same together with financial
            report for MTC as of 10/31/11, including
            cash analysis quick book report with
            copies of bank checks indicating $900,000
            loan to Fadi Salim to MTC and
            disbursements which was deposited into
            MTC operating agreement forwarding L.
            DeFalco's revised report to LB for

Nicholas Amato                              November 30, 2011
                                                  2976-001
                              Statement No:       183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.

                                              Hours
            incorporation into third Monitor report.    1.50

11/14/2011
    NRA     Forwarding email to J. LaRosa, Esq.,
            attorney for MTC inquiring if he heard
            from FTC counsel regarding his request
            for revisions of proposed second Consent
            Order; receipt of email from J. LaRosa
            advising that FTC counsel has no
            objection to MTC revision; receipt and
            review of modification to third Monitor's
            report from RDP; receipt and review of
            email from Kati Daffan, Esq., attorney
            for FTC, enclosing redlined and revised
            version of proposed second Consent Order;
            advising LB to forward to parties counsel
            for Consent; multiple conferences and
            emails with MK regarding filing of
            Complaint against MTC customer for
            delinquent  account; receipt and review
            of draft Complaint from MK on behalf of
            Monitor against MTC customer; telephone
            conference with LB and conference with LB
            and MK regarding collection lawsuit
            confirming email to Robert Anguizola,
            Esq. and Kati Daffan, Esq., counsel to
            MTC that FTC has no objection to
            clarification language proposed by J.
            LaRosa, Esq.; receipt and review of
            proposed second Consent Order together
            with redlined version to denote changes
            and forwarding same to LB with revisions
            and requesting same be forwarded to
            counsel for execution; receipt and review
            of third Monitor's report together with
            Monitor's certification for review and
            execution together with certification of
            L. DeFalco; receipt of executed second
            Consent Order of J. LaRosa, Esq. on
            behalf of MTC and Robert Anguizola, Esq.
            on behalf of FTC; receipt and review of

Page: 8
Nicholas Amato                                    November 30, 2011
                                                       2976-001
                                          Statement No:     183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                          Hours
          Monitor's third report and certifications
          of Monitor, L. DeFalco and KBE on behalf
          of GBG.                                         0.80

11/15/2011
     NRA  Receipt of notification of electronic
          filing of second Consent Order with
          covering letter from the Monitor; receipt
          of email between J. Zabaneh, operations
          manager MTC and J. Medina of AURIS
          regarding disputed balance AURIS claims
          is owed by MTC; telephone conference with
          Fadi Salim regarding ability to rent
          investment properties which are subject
          to a lien for payment of proposed
          monetary judgment per final Order of
          Settlement; receipt of notification of
          electronic filing of Monitor's third
          report; review of proposed final Order of
          Settlement and Money Judgment regarding
          ability Fadi Salim to lease investment
          properties; receipt and review second
          Consent Order executed by Robert
          Anguizola, Esq., attorney for FTC and J.
          LaRosa, Esq., attorney for MTC; receipt
          and review notification of electronic
          filing of Second Consent Order with
          covering letter to the Court; receipt of
          email directed to J. Medina of AURIS
          regarding ongoing disputed balanced owed
          AURIS by MTC; conference with with MK
          review of Complaint filed by Monitor on
          behalf of MTC customer supporting
          revision; receipt and review of revised
          Complaint; telephone conference with Fadi
          Salim regarding his ability to rent
          investment property which is to be
          security for payment of monetary Judgment
          per proposed final Order if Settlement.       0.60

Page: 9

Nicholas Amato                                    November 30, 2011
                                                          2976-001
                                          Statement No:    183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.

                                                          Hours

11/16/2011
      NRA     Review of Section III Monetary Relief of
              proposed final Order of Settlement and
              Monetary Judgment together with Section
              VIII, Asset Monitoring and Preservation
              paragraphs A, C and D regarding Salim's
              ability to lease investment properties;
              multiple emails with LB regarding same;
              email from J. LaRosa, Esq., attorney for
              MTC regarding Monitor's approval of SPS&K
              fees for professional services (August -
              September 2011); telephone conference
              with Robert Anguizola, Esq. and Kati
              Daffan, Esq. regarding ability of Fadi
              Salim to lease investment property and
              whether modification of proposed final
              Order of Settlement and Monetary Judgment
              is required; receipt and review of
              multiple emails between J. Zabaneh,
              office manager of MTC and account
              executives of Bank of America regarding
              overdrafts for Coleccion Latina account;
              conference with FJG regarding leasing of
              investment properties by Fadi Salim.        2.60

11/17/2011
      NRA     Multiple telephone conferences with J.
              Zabaneh office manager MTC and MK to
              gather information regarding filing
              Complaint against customer who is
              delinquent on his account.                  0.40

11/18/2011
      NRA     Review of multiple emails between J.
              Zabaneh, office manager of MTC and
              account executives of Bank of America
              regarding Coleccion Latina Inc.
              overdrafts; receipt and review of
              electronic notification that Court signed
              second Consent Order; receipt and review
              of copies of three checks indicating

Page: 10

Nicholas Amato                                      November 30, 2011
                                                          2976-001
                                      Statement No:     183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                      Hours

            payment given as partial payment by
            customer regarding outstanding arrearages
            and forwarding same to MK and LB; email
            from Arthur Russell attorney for Nobel
            Tel advising that settlement payment is
            due on 11/21/11 and forwarding same to J.
            Zabaneh; receipt and review of email from
            Nick Visaggio, DeFalco & Co. enclosing:
            MTC cash analysis as of 11/18/11, MTC
            account quick book report as of 11/18/11;
            complete analysis of business checking
            account; activity Bank of America and
            advising that due to J. Zabaneh, office
            manager, being on vacation and the
            holiday week he will return to do cash
            analysis for period of 11/19 to 11/30 on
            December 1.                                   0.40


11/21/2011
    NRA     Receipt and review of email from J.
            Zabaneh, office manager MTC regarding on
            going issue with Bank of America as
            relates to Coleccion Latina Inc.; email
            J. LaRosa, Esq. regarding transfer of
            funds from lockbox to SPS&K trustee
            account and attaching copy of Court Order
            allowing transfer; email to J. LaRosa,
            attorney for MTC advising that will
            contact him tomorrow regarding transfer
            of funds.                                     0.20


11/22/2011
    NRA     Email to J. LaRosa, Esq. advising of call
            into Robert Anguizola, Esq., attorney for
            FTC regarding FTC suggestion and/or
            concerns regarding transfer of funds from
            lockbox to SPS&K trustee account;
            telephone conference with Robert
            Anguizola and Kati Daffan regarding
            transfer funds from lockbox at Provident
            Bank to SPS&K trustee account; receipt of

Nicholas Amato

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.

                                                        Hours

              letter from Kati Daffan, Esq., attorney
              for FTC to Monitor that notwithstanding
              language as set forth in Section VIII of
              Preliminary Injunction Order of the
              Second Consent Order modifies terms of
              Preliminary Injunction and therefore it
              is not necessary for counsel for the FTC
              to be present regarding removal of funds
              from lockbox.                                 0.60

11/23/2011
     NRA      Email to J. LaRosa, Esq., attorney for
              MTC summarizing conversation for Robert
              Anguizola, Esq. and Kati Daffan, Esq.,
              attorney for FTC, attaching copy of
              letter from FTC to Monitor confirming FTC
              position; telephone message from Arthur
              Russell, Esq., attorney for NobelTel
              advising that if payment not received he
              will send letter of default; email to
              Arthur Russell to advise that office
              manager for MTC on vacation requesting
              that he refrain from sending letter until
              I speak with Mr. Salim; email to Arthur
              Russell to advise that I spoke with Mr.
              Salim and check is being mailed;
              telephone conference with Kati Daffan,
              Esq., attorney for FTC requesting
              modification of letter to Monitor
              regarding funds in lockbox; multiple
              emails from Bank of America; insufficient
              funds MTC business checking account.          0.40

11/28/2011
     NRA      Email from J. LaRosa, Esq., attorney for
              MTC regarding arrangement for transfer of
              monies from lockbox at Provident Bank to
              SPS&K trustee account and E*Trade
              financial account; email to J. LaRosa,
              Esq. requesting that he contact Monitor
              to discuss; telephone conference with J.

Page: 12

Nicholas Amato                                      November 30, 2011
                                                           2976-001
                                    Statement No:       183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.


                                                         Hours
                LaRosa regarding transfer of funds and
                attaching SPS&K wiring instruction.       0.10

11/29/2011
     NRA        Telephone conference with Fadi Salim
                regarding transfer of funds from lockbox
                to SPS&K trustee account and business
                issues regarding MTC; telephone
                conference with J. Zabaneh regarding
                transfer of funds; telephone conference
                with L. DeFalco regarding business issues
                with MTC more particularly regarding
                accounts receivables.                     0.30

11/30/2011
     NRA        Telephone conference with J. Zabaneh,
                office manager, MTC regarding transfer of
                funds from lockbox to SPS&K trustee
                account; email from J. Zabaneh advising
                of name and contact information for L.
                Gleason, First VP & Assoc. General
                Counsel, Provident Bank; telephone
                conference with Mr. Gleason regarding
                same and forwarding necessary documents;
                (modification of Preliminary Injunction
                Order; letter from FTC counsel to
                Monitor; wiring instructions); telephone
                conference with L. DeFalco regarding
                MTC's financial situation; telephone
                conferences with Fadi Salim regarding
                accounts payable; telephone conference
                with J. LaRosa regarding meetings and
                develop plan to collect accounts
                receivable; telephone conference from
                Joseph Goldberg, Esq. regarding Call X v.
                MTC; email from J. Gleason, Assoc.
                General Counsel Provident Bank, advising
                that documents received are acceptable to
                the bank and will advise as to wiring
                procedure; email from N. Visaggio list of
                account receivables and review of same.   0.80

Nicholas Amato

Page: 13
November 30, 2011
2976-001
Statement No:    183400

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.

|  |  | Hours |  |
|---|---|---|---|
| FOR CURRENT SERVICES RENDERED |  | 18.80 | 8,460.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas R. Amato | 18.80 | $450.00 | $8,460.00 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS BILL | 8,460.00 |
| PREVIOUS BALANCE | $7,088.90 |
| BALANCE DUE | $15,548.90 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 15,548.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

PLEASE INDICATE CLIENT NUMBER ON YOUR CHECK