UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIUM TELECARD, INC., et al.,<br><br>Defendants. | Civil Action No.: 11-2479(JLL)(MAH)<br><br>**CERTIFICATION OF<br>COURT APPOINTED MONITOR<br>NICHOLAS R. AMATO, ESQ.<br>IN SUPPORT OF HIS REQUEST FOR<br>FEES, COSTS and PAYMENT OF<br>PROFESSIONAL FEES** |

NICHOLAS R. AMATO, of full age certifies as follows:

1.  I am a an attorney at law, admitted to practice in the State of New Jersey, and am Of Counsel to the law firm of Genova, Burns & Giantomasi ("GBG").  On May 2, 2011, I was appointed as the Receiver for Millennium Telecard, Inc., and its affiliated entities (collectively "MTC") in this matter.  On August 16, 2011, per the Court's Preliminary Injunction Order the role of the Court appointed Receiver was converted into that of a Monitor   As such, and in carrying out my duties and authority as the Court appointed Receiver and subsequently as the Court appointed Monitor, I have personal knowledge of the facts herein.

2.  My qualifications and hourly rate for professional services are set forth in my August 5, 2011 Certification, which I incorporate by reference herein.

3.  Following my appointment as Receiver, it was clear the execution of my duties would require me to retain accountants/financial advisors and legal counsel.

4.  As explained in my September 15, 2011 Certification [Docket Entry No.: 53-4], which I incorporate by reference herein, after the Court entered its Preliminary Injunction Order, it became apparent that I—as the Court appointed Monitor—would require continued professional

488569-1

Case 2:11-cv-02479-JLL-MAH   Document 80-1   Filed 01/17/12   Page 2 of 15 PageID: 3102

assistance from financial advisors and legal counsel. Accordingly, as explained further in my September 15, 2011 Certification, ¶¶ 6-8, I continued the retention of DeFalco & Company as financial advisors and accountants to the Monitor, and GBG as legal counsel to the Monitor. Both DeFalco & Company and GBG were retained pursuant to their regular rates for professional services.

5.      As set forth in my August 5, 2011, September 15, 2011, October 12, 2011, November 15, 2011, and December 15, 2011 Certifications, I have reconfirmed that neither DeFalco & Company nor GBG had any conflict that prohibited them from assisting the Receiver in satisfying his obligations.

6.      Both DeFalco & Company and GBG have provided me with periodic invoices of the professional services they provided to me both as Monitor. I have reviewed the invoices, and in my business judgment, the fees charged are commensurate with the services provided to both the Receiver and Monitor. I have enclosed certifications from DeFalco & Company and GBG with my Third Report of Court Appointed Monitor submitted to the Court, outlining their fees.

7.      Both DeFalco & Company and GBG continue to provide the Monitor with professional services in this matter, and I anticipate receiving additional invoices from them as this litigation continues or winds down.

8.      In fulfilling my duties and obligations initially as Monitor, I kept a log of the hours dedicated to managing MTC and its operations and business affairs, as well as my other obligations, pursuant the August 16, 2011 Preliminary Injunction Order. By employing GBG's billing system, I kept track of this time, separate and apart from the professional services rendered to the Receiver and Monitor by GBG.

488569-1

9. From December 1, 2011 through December 31, 2011, I have provided a total of 15.0 hours to MTC as its Monitor. At my rate of $450.00 per hour, this translates into a total of $6,750.00

10. From December 1, 2011 through December 31, 2011, I incurred $1.88 in expenses with respect to my duties as Montor.

11. Attached hereto at Exhibit 1 is a true and correct copy of an invoice related to my activities as Monitor of MTC for December 2011.

12. With the filing of my Fourth Monitor's Report and the accompanying Certifications and Declarations, I respectfully request that the Court authorize payment to DeFalco & Company and GBG for professional services provided to the Monitor.

13. I also respectfully request that the Court approve payment of my professional fees for serving as Monitor, as more particularly set forth in the invoices attached hereto at Exhibit 1.

14. As such, I respectfully request that the Court approve an aggregate payment for the sum total of $6,751.88

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
NICHOLAS R. AMATO

Dated: January 16, 2012

# Exhibit 1

**GENOVA, BURNS & GIANTOMASI**
494 Broad Street
Newark, New Jersey 07102
Telephone (973) 533-0777
Tax ID# 22-2940404

```
                                                          Page: 1
Nicholas Amato                                  December 31, 2011
c/o Genova Burns & Giantomasi                           2976-001
494 Broad Street                          Statement No.   184549
Newark  NJ  07102
```

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY

**PROFESSIONAL SERVICES RENDERED**

                                                                                                                    Hours

12/01/2011
    NRA    Telephone conference with Fadi Salim regarding accounts receivable; telephone conference with L. DeFalco regarding accounts receivable; telephone conference with L. DeFalco and J. Zabaneh, office manager MTC regarding compilation of list of customers with payment history who are indebted to MTC and refuse to pay; telephone conference with Fadi Salim regarding "Space Net" slamming MTC's 1-800 numbers; telephone conference with Fadi Salim and Rafik Mishreki, Mr. Salim's engineer regarding Space Net "slamming" MTC's 1-800 numbers and Mr. Mishreki slamming numbers back to MTC; receipt and review of documentation from Mr. Mishreki regarding slamming issues and forwarding same to RDP; telephone conference with RDP regarding "slamming" issue; receipt and review of emails between RDP, on behalf of Monitor to representatives of Castcom and Castcom

Nicholas Amato

Nicholas R. Amato as Receiver of Millenium TeleCard, Inc., et al.
DRAFT COPY ONLY

Page: 2
December 31, 2011
2976-001
Statement No:    184549

|  |  | Hours |
|---|---|---|
|  | honoring LOA (Letter of Authority) regarding slamming issue; emails from RDP on behalf of the Monitor to Mr. Abboud of Space Net; email from Leonard Gleason, First VP & Associate Gen. Counsel Provident bank advising that documents forwarded are acceptable to open lock box and wire funds to SPS&K trust account; email from Ed Meritt, attorney for Net Work IP - Tele Comm regarding update as MTC having not made payment on past due balance; emails with L. Gleason, Assoc. Counsel Provident Bank regarding wiring of funds. | 1.80 |
| 12/02/2011 NRA | Receipt and review of email from J. Zabaneh, office manager MTC, attaching "sales invoice" from Space Net dates 6/30/11 indicating that "1-800 numbers" were assigned to MTC and forwarding same to RDP; telephone conference with RDP regarding his conversation with Mr. Mishreki on slamming issue; telephone conference and email J. Zabaneh as to whether Space Net has office in USA; receipt and review of email from Mr. Abboud advising that he will not agree to hold-off on "slamming 1-800 numbers" until Monday; receipt and review of email from RDP to Mr. Abboud advising that unless he is prepared to forward proof to Monitor that Space Net has ownership rights to "1-800 numbers and he attempts to "slam" MTC, Monitor will move in Federal Court to enjoin such actions; receipt and review of email from J. Zabaneh attaching list of accounts receivable with notes and historical data. | 1.10 |

```
                                                          Page:    3
Nicholas Amato                                   December 31, 2011
                                                          2976-001
                                        Statement No:       184549

Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY



                                                              Hours

12/05/2011
         NRA    Receipt and review of research document
                from JJ regarding "ownership rights of
                1-800 numbers" and related "slamming
                issue; follow-up telephone conference
                with JJ; email from J. Zabaneh regarding
                balance due Space Net; review with RDP
                regarding "slamming issue"; telephone
                conference with JJ regarding
                documentation offered by Space Net and
                addressing additional information raised
                in telephone conference with JJ;
                telephone conference with Fadi Salim
                regarding "slamming issue" and transfer
                of monies from lock box to SPS&K trustee
                account; telephone conference with
                Jennifer Zabaneh regarding multiple
                conferences with RDP regarding "slamming
                issue" and drafting Monitor's response to
                "Space Net's ownership claim to 1-800
                numbers"; receipt and review of email
                from A. Gerezano of Space Net purporting
                to prove ownership to 1-800 numbers and
                forwarding same to JJ to review and
                comment; receipt and review of email memo
                disputing ownership documentation offered
                by Space Net; telephone conference with
                Robert Anguizola, Esq., attorney for FTC
                regarding proposed Third Consent Order
                modifying Preliminary Injunction; Mr.
                Anguizola advising that he can't conceive
                the FTC filing an objection to the
                proposed Order and suggest that Monitor
                file proposed Order with Court; multiple
                emails and telephone conferences with RDP
                regarding proposed Third Order Modifying
                Preliminary Injunction; conference with
                LB regarding random pin testing to be
                submitted by J. Zabaneh per order of
                Court; conference with JS answer
                accompanying Fadi Salim to remove funds
```

```
                                                    Page:    4
Nicholas Amato                              December 31, 2011
                                                     2976-001
                                        Statement No:  184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY
```

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |
|------------|-----|-----|---|
|            |     | from lock box at Provident bank in Clifton and wiring funds to SPS&K trustee account; telephone conference with L. DeFalco collection of MTC's accounts receivables; telephone conference with JJ regarding "slamming issue". | 2.40 |
| 12/06/2011 | NRA | Multiple emails and telephone conferences with JS and Fadi Salim regarding transfer of funds from lock box to SPS&K trustee account; conference with RDP regarding conversation with Robert Anguizola FTC counsel regarding drafting of proposed Third Consent Order modifying Preliminary Injunction; conference, telephone conference and emails RDP regarding proposed third modification of Order to be forwarded to Robert Anguizola together with email from L. DeFalco commenting recommending that the Monitor to institute legal proceedings regarding MTC, account receivables. | 1.30 |
| 12/07/2011 | NRA | Receipt and review of email from LB regarding review of random pin tests submitted by J. Zabaneh and advising that same are in compliance. | 0.10 |
|            | NRA | Receipt and review from L. DeFalco regarding Monitor addressing MTC's account receivables and forwarding to RDP; email to D. DePaola, Senior Legal Process Coordinator E*Trade Financial requesting present value of Fadi Salim account; receipt and review of requested information; drafting and forwarding email to D. DePaola with attached documentation requesting wiring of funds from Mr. Salim's E*Trade account into | |

Nicholas Amato

Page: 5
December 31, 2011
2976-001
Statement No:     184549

Nicholas R. Amato as Receiver of Millenium TeleCard, Inc., et al.
DRAFT COPY ONLY

|  |  | Hours |
|---|---|---|
|  | SPS&K trustee account; email from J. LaRosa, Esq., SPS&K attorney for MTC acknowledging receipt of funds totaling $500,000 on deposit in SPS&K trustee account representing part of settlement due FTC, per proposed Settlement Order; receipt and review of proposed draft Third Order Modifying Preliminary Injunction Order; providing comment and forwarding to RDP; receipt of final draft of proposed Third Order Modifying Preliminary Injunction and forwarding together with email from L. DeFalco to Robert Anguizola, Esq., attorney for FTC; telephone conference with Robert Anguizola, Esq. and Kati Daffan, Esq. advising that FTC will be objecting to proposed Third Order Modifying Preliminary Injunction. | 1.20 |
| 12/08/2011 NRA | Multiple emails with J. LaRosa, Esq. and M. Marotte regarding modification of proposed Third Order to modify Preliminary Injunction; receipt and review of revised proposed Third Order modifying Preliminary Injunction from J. LaRosa, attorney for MTC; receipt and review of email from LB attaching draft of fourth Monitors report with proposed certifications of L. DeFalco and Monitor; drafting and forwarding email to J. LaRosa attorney for MTC confirming prior telephone conference regarding proposed Third Order Modifying Preliminary Injunction; telephone conference with L. DeFalco regarding review of MTC's financial activities for month and discussion regarding report of financial advisor to Monitor; receipt and review of multiple emails between J. Zabaneh and |  |

```
                                                          Page:   6
Nicholas Amato                                    December 31, 2011
                                                          2976-001
                                           Statement No:    184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY
```

|  |  | Hours |
|---|---|---|
|  | Cima Telecom regarding disputed amounts owed by MTC. | 0.80 |
| 12/09/2011 NRA | Receipt and review of email from L. DeFalco attaching MTC cash analysis for period 11/9/11 to 12/2/11; multiple emails with J. LaRosa regarding Third Order Modifying Preliminary Injunction and telephone conference with Fadi Salim regarding proposed fee structure for Monitor to institute legal procedure to collect account receivables; multiple emails between J. Zabaneh and Cima Telecom regarding ongoing issue of disputed amount owed by MTC. | 0.60 |
| 12/14/2011 NRA | Receipt and review of draft Monitor fourth report - providing comments and additions and forwarding redlined version to LB, RDP; receipt and review of email from RDP attaching draft of KBE certification of GBG fees; multiple emails with RDP regarding Monitor fourth report and certification. | 0.60 |
| 12/15/2011 NRA | Email from L DeFalco regarding MTC prior week's cash flow analysis and recommending that steps be initiated to execute more aggressive approach to collections accounts receivable; conference with LB regarding revisions to fourth Monitor's report; email from J. LaRosa, Esq., attorney for MTC attaching proposed third Order amending Preliminary Injunction; contingent fee agreement; covering letter to Court; review of editing above documents and forwarding redlined version to RDP; forwarding |  |

```
                                                          Page:   7
Nicholas Amato                                    December 31, 2011
                                                          2976-001
                                           Statement No:    184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY
```

|  |  |  | Hours |
|---|---|---|---|
| | | redlined version of comments to letter to Court and retainer agreement to J. LaRosa; telephone conference with J. LaRosa regarding same; emails with RDP regarding LaRosa's covering letter to Court; review of draft of fourth Monitor's report and Certifications of Monitor and L. DeFalco, editing same and forwarding redlined version to LB; receipt and review of draft Certification of KBE regarding fees for GBG; multiple emails with LB regarding fourth Monitor's report; receipt and review of final Monitor's fourth report with attached certifications, executing report and Monitor's Certification and request counsel to file with the Court. | 1.10 |
| 12/16/2011 | | | |
| | NRA | Email from J. LaRosa, attorney for MTC regarding final edits to retainer agreement; executing same and forwarding to J. LaRosa, Esq.; receipt and review of email from J. LaRosa, Esq., attorney for MTC attaching letter to Court with proposed third Order amending Preliminary Junction filed electronically with the Court; receipt and review of email from FTC counsel to J. LaRosa, again objecting to proposed Order and requesting that J. LaRosa connect obvious error proposed Order; receipt and review of email from J. LaRosa advising the Court of error and acknowledgement of receipt of email by Court. | 0.30 |
| 12/19/2011 | | | |
| | NRA | Telephone conference with L. DeFalco regarding impact of shutdown of MTC for nine days and subsequent efforts to stay complaint; lagging collections from | |

```
                                                          Page:  8
Nicholas Amato                                   December 31, 2011
                                                          2976-001
                                          Statement No:     184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY
```

|  |  |  | Hours |
|---|---|---|---|
|  |  | customers who sense demise of MTC and looking to beat paying for products received and sold; receipt and review of letter from FTC counsel objecting to proposed third Order to modify Preliminary Injunction filed electronically with the Court; multiple emails with J. LaRosa, Esq., attorney for MTC regarding FTC objections to proposed third Order Modifying Preliminary Injunction. | 0.40 |
| 12/20/2011 | NRA | Conference with LB regarding FTC objection to MTC's proposed third amendment to Preliminary Injunction; multiple emails with J. LaRosa, attorney for MTC. | 0.40 |
| 12/21/2011 | NRA | Multiple emails with J. LaRosa, Esq., attorney for MTC; LB and RDP regarding J. LaRosa's letter to the Court; forwarding FTC's objection to MTC's third amendment to Preliminary Injunction to L. DeFalco together with J. LaRosa's letter to the Court; telephone conference with J. LaRosa regarding Monitor's letter to Court regarding MTC's proposed third amendment to Preliminary Injunction; receipt and review of email from LB attaching draft of Monitor's letter to Court regarding MTC's request for proposed third modification of Preliminary Injunction; making edits and comments and forwarding (redlined version) to LB; telephone conference with L. DeFalco regarding his comments and recommendation. | 0.60 |

|  |  |
|---|---|
| Nicholas Amato | Page: 9<br>December 31, 2011<br>2976-001 |
| Nicholas R. Amato as Receiver of Millenium TeleCard, Inc., et al.<br>DRAFT COPY ONLY | Statement No: 184549 |

|  |  |  | Hours |
|---|---|---|---|
| 12/22/2011 | NRA | Receipt and review of email from LB incorporating Monitor's comments; receipt and review of email from L. DeFalco regarding cash flow issues facing MTC including four million dollars in accounts receivable; email to L. DeFalco requesting further information; receipt and review of email from L. DeFalco in response to Monitor's inquiry and forwarding final report to LB and RDP for review and comment; email exchange with LB regarding further revision of Monitor's letter to Court and as regards proposed Third Order Amending Preliminary Injunction; telephone conference with LB regarding revisions to Monitor's letter to Court. | 0.60 |
| 12/23/2011 | NRA | Email from LB forwarding additional comments and suggestions regarding Monitor's letter to the Court; email to LB attaching proposed stipulated final Order, referencing sections to be cited in footnote of Monitor's letter to Court; receipt and review of final draft of Monitor's letter to Court and forwarding executed copy to RDP for electronic filing with Court. | 0.60 |
| 12/24/2011 | NRA | Review of J. LaRosa's comments regarding draft copy of proposed final Order - prior to execution by Defendant's and noting comments regarding language referenced in footnote 2 of Monitor's letter; review of executed copy of proposed final Order which confirms that issue referenced in footnote 2 of Monitor's letter to Court was corrected |  |

```
                                                        Page:    10
Nicholas Amato                                  December 31, 2011
                                                          2976-001
                                              Statement No.  184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY
```

|  |  |  | Hours |
|---|---|---|---|
|  | prior to execution; email to RDP and LB advising of same and requesting their review and comment; telephone conference with RDP and requesting that RDP forward email to parties advising of error in footnote 2 and further advising that Monitor's counsel will notify Court on 12/27/11. |  | 0.50 |
| 12/27/2011 NRA | Email from Robert Anguizola, Esq., FTC counsel regarding Monitor's letter to Court recommending that Court approve third amendment to Preliminary Injunction and requesting Monitor withdraw his recommendation; telephone conference with Robert Anguizola regarding his email and Monitor's position on the contents of letter; telephone conference with RDP advising him of conversation with FTC counsel and requesting that RDP draft letter to Court with copies to counsel addressing the correction to footnote 2 referenced in prior email (December 24th) to counsel; receipt and review of execution of Monitor's letter to Court and executing same. |  | 0.50 |
| 12/29/2011 NRA | Telephone conference with J. Zabaneh regarding financial status of MTC and advising that she will be on vacation and providing her personal email address. |  | 0.10 |
|  | FOR CURRENT SERVICES RENDERED | 15.00 | 6,750.00 |

```
                        Recapitulation
    Timekeeper                   Hours      Rate        Total
    Nicholas R. Amato            15.00    $450.00    $6,750.00
```

```
                                                              Page:    11
Nicholas Amato                                        December 31, 2011
                                                              2976-001
                                                 Statement No:   184549
Nicholas R. Amato as Receiver of Millenium
TeleCard, Inc., et al.
DRAFT COPY ONLY


12/16/2011  Postage Expense                                        1.88
            TOTAL EXPENSES                                         1.88

            TOTAL AMOUNT OF THIS BILL                          6,751.88

            PREVIOUS BALANCE                                 $15,548.90


            BALANCE DUE                                      $22,300.78

                              Aged Due Amounts
       0-30        31-60        61-90       91-120     121-180       181+
   6,751.88     8,460.00     7,088.90         0.00        0.00       0.00
```

PLEASE INDICATE CLIENT NUMBER ON YOUR CHECK